In the Matter of the Application of JOHN D. LINDSAY, Appellant, for a Peremptory Order of Mandamus against JOHN F. HYLAN et al., Constituting the Board of Estimate and Apportionment of the City of New York, Respondents.

*Appeal — unanimous affirmance of order denying motion for peremptory order of mandamus — appeal without permission to Court of Appeals dismissed.*

*Matter of Lindsay* v. *Hylan*, 209 App. Div. 815, appeal dismissed. (Submitted October 1, 1924; decided October 21, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1924, which unanimously affirmed an order of Special Term denying a motion for a peremptory order of mandamus to compel the board of estimate and apportionment of the city of New York to audit and allow the claim of Joseph E. Corrigan, a city magistrate, for costs, counsel fees and expenses incurred by him in successfully defending a criminal prosecution for publication of a libel.

*John D. Lindsay, Kenneth M. Spence* and *Austen G. Fox* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, John Lehman* and *Henry J. Shields* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.